IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LAQUANIA WILLIAMS**                                                                               **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 3:16cv00098-NBB-JMV**

**BOARD OF COMMISSIONERS OF THE**
**GREENWOOD LEFLORE HOSPITAL**                                        **DEFENDANTS**

## ORDER

Before the court is the pro se Motion to Quash Subpoena [48] filed in this action by Talmidge Meeks, a nonparty to this lawsuit. Mr. Meeks essentially seeks an order quashing a deposition subpoena served upon him by the Plaintiff in this case on the grounds that it does not allow reasonable time to comply and would require him to appear more than 100 miles from where he resides. The subpoena, which the court has reviewed at Docket No. 47, indicates Mr. Meeks was required to appear for his deposition on November 15, 2015. The instant motion was not filed until November 17. Therefore, because the time for compliance with the subpoena has expired, Mr. Meeks' motion is moot. Nevertheless, in the event a new subpoena is issued, Mr. Meeks may renew the motion to quash if necessary.

SO ORDERED this 18th day of November, 2016.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE